1006

[No. 71008-7-I. Division One. June 8, 2015.]

BEHZAD MOHAMMAD, *Plaintiff*, MOGHADAM M. MOVAHEDI, *Appellant*, v. RAYMOND THOMAS ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 71044-3-I. Division One. June 8, 2015.]

KATHLEEN MANCINI, *Appellant*, v. THE CITY OF TACOMA ET AL., *Respondents*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 71098-2-I. Division One. June 8, 2015.]

ERIC DIETZE ET AL., *Appellants*, v. JAMES V. KELLEY ET AL., *Respondents*.

*Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, J.; Cox and Leach, JJ., concurring separately.

[No. 71224-1-I. Division One. June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK S. CRICK, *Appellant*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Leach, JJ.